1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA

9

Plaintiff,

10

v.

11

LELAND L. SUN, in his personal capacity;
LELAND L. SUN as trustee of 2005 LELAND

12

L. SUN REVOCABLE TRUST,

13

Defendants.

14

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 08-cv-1722-BTM-WMc

**ORDER ON UNITED STATES' MOTION
FOR ORDER CONFIRMING SALE OF
REAL PROPERTY AND FOR
DISTRIBUTION OF PROCEEDS**

15      Before the Court is the United States' Motion for Confirmation of Sale (the United States'

16  Motion) [Doc. 19].  In consideration of the United States' Motion, the Declaration of Steven R. Massel

17  submitted therewith, and the record in this case, the Court finds that the sale of the subject property was

18  conducted in compliance with the applicable law found at 28 U.S.C. §§ 2001-2002, and that payment

19  was made and accepted in compliance with paragraph 3 of the Order of Sale.  Accordingly, it is hereby

20      ORDERED that the United States' Motion is GRANTED.  It is further

21      ORDERED that the sale of the subject property is confirmed.  It is further

22      ORDERED that the IRS shall promptly deliver a deed thereto to the purchasers of the subject

23  property, Ann P. Vu.  It is further

24      ORDERED that the Clerk is directed to disburse $589.55 to the Internal Revenue Service,

25  reference #08-cv-1722-BTM-WMc, c/o Steven Massel, 24000 Avila Rd., MS: 5905, Laguna Niguel, CA

26  92677, for the expenses related to the sale of the Vietta Terrace Property and 1996 Mercedes E320; it is

27  further

28

1     ORDERED that the Clerk is directed to disburse $1,907.32 to the San Diego County Treasurer -

2    Tax Collector, reference #309-563-27-00, c/o Steven Massel, 24000 Avila Rd, MS:5905; Laguna Niguel,

3    CA 92677, for the outstanding property taxes on the Vietta Terrace Property.  The Internal Revenue

4    Service is directed to deliver the check to the San Diego County Treasurer when it received; it is further

5     ORDERED that the Clerk is directed to distribute the remaining funds from the sale of the 1996

6    Mercedes E320, $5,330.40, to the United States Treasury, reference #08-cv-1722-BTM-WMc, addressed

7    to Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044,

8    for application to the federal income tax liabilities of Leland L. Sun, plus all interest and penalties due

9    and owing thereon; it is further

10     ORDERED that the Clerk is directed to hold the remaining funds from the sale of the Vietta

11    Terrace Property, $507,672.73, in the Court's registry, pending resolution of the payoff amount of the

12    Bank of America deed of trust.

13    **IT IS SO ORDERED.**

14    DATED:  April 21, 2010

15

16                       Honorable Barry Ted Moskowitz

                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28